HASKINS, Appellant, v. HASKINS, Respondent. (Supreme Court, Appellate Division, First Department. December 6, 1901.) Action by Harry C. Haskins against Mary R. Haskins. No opinion. E. L. Mooney, for appellant. H. S. Marshall, for respondent. No opinion. Order modified, by reducing counsel fee to $250, and by reducing alimony to $25 a week from the time of the making of the application therefor.

HATCH, Appellant, v. HOSTER, Respondent. (Supreme Court, Appellate Division, Fourth Department. October, 1901.) Action by Elizabeth H. P. Hatch against Daniel W. Hoster, executor, etc., of Henry Hoster, deceased. No opinion. Judgment affirmed, with costs.

HAUSER, Appellant, v. BRUNJES et al., Respondents. (Supreme Court, Appellate Division, First Department. November 8, 1901.) Action by William Hauser, as trustee, against Henry Brunjes and another. W. Hauser, for appellant. G. Nathan, for respondents. No opinion. Judgment affirmed, with costs.

HILDRETH, Appellant, v. DELAWARE & H. CO., Respondent. (Supreme Court, Appellate Division, Third Department. November 13, 1901.) Action by Lydia J. Hildreth, as administratrix, etc., of Henry C. Hildreth, deceased, against the Delaware & Hudson Company. No opinion. Judgment unanimously affirmed, with costs.

HILTAWSKI v. STINER. (Supreme Court, Appellate Division, First Department. December 6, 1901.) Action by Nora Hiltawski, as administratrix, against Max Stiner. No opinion. Appeal dismissed, with $10 costs.

HITCHCOCK, Respondent, v. YALDEN, Appellant. (Supreme Court, Appellate Division, First Department. December 6, 1901.) Action by Samuel M. Hitchcock against James Yalden. J. J. Meisson, for appellant. S. M. Hitchcock, for respondent. No opinion. Judgment affirmed, with costs.

HOLDEN v. HERB. (Supreme Court, Appellate Division, First Department. November 15, 1901.) Action by Timothy H. Holden against Jacob N. Herb. No opinion. Motion denied, on payment of $10 costs, and leave granted, on payment of an additional $10, to apply to court below to open default upon such additional terms as it thinks proper.

HOLLAND TRUST CO. v. SUTHERLAND. (Supreme Court, Appellate Division; First Department. December 13, 1901.) Action by the Holland Trust Company against George R. Sutherland. No opinion. Motion denied, with $10 costs.

INDIAN RIVER CHAIR CO., Respondent, v. LARKIN SOAP MFG. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. October, 1901.) Action by the Indian River Chair Company against the Larkin Soap Manufacturing Company. No opinion. Order affirmed, with $10 costs and disbursements.

INGALLS, Respondent, v. PLATT, Appellant. (Supreme Court, Appellate Division, Third Department. November 13, 1901.) Action by Charles C. Ingalls against Katherine C. Platt. No opinion. Judgment unanimously affirmed, with costs.

IPPOLITO, Respondent, v. METROPOLITAN ST. RY. CO., Appellant. (Supreme Court, Appellate Division, Second Department. November 29, 1901.) Action by Luciano Ippolito against the Metropolitan Street Railway Company. No opinion. Order affirmed, with $10 costs and disbursements.

IVES, Appellant, v. ELLIS et al., Respondents. (Supreme Court, Appellate Division, First Department. December 6, 1901.) Action by Brayton Ives against Gilbert J. Ellis and another. G. E. Hughes, for appellant. A. G. Fox, for respondents. No opinion. Order affirmed, with $10 costs and disbursements.

JAGOW, Appellant, v. STATE, Respondent. (Supreme Court, Appellate Division, Third Department. November 13, 1901.) Action by John Jagow against the state of New York. No opinion. Judgment unanimously affirmed, with costs.

JANSEN, Respondent, v. CONSOLIDATED GAS CO., Appellant. (Supreme Court, Appellate Division, First Department. December 6, 1901.) Action by Albert Jansen against the Consolidated Gas Company. D. McClure, for appellant. C. Goldzier, for respondent. No opinion. Judgment and order affirmed, with costs.

JARVIS, Respondent, v. VOEGTLE, Appellant. (Supreme Court, Appellate Division, Second Department. November 29, 1901.) Action by Edward Jarvis against Anselm Voegtle. No opinion. Judgment of the municipal court affirmed, with costs.

JOHNSON, Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant. (Supreme Court, Appellate Division, Third Department. November 19, 1901.) Action by Edward Johnson against the New York Central & Hudson River Railroad Company. No opinion. Judgment and order affirmed, with costs.

KELLOGG, J., dissents.

JOHNSTON HARVESTER CO., Appellant, v. DOTY, Respondent. (Supreme Court, Appellate Division, Fourth Department. November 26, 1901.) Action by the Johnston Harvester Company against George W. Doty. No opinion. Judgment and order affirmed, with costs.